USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 3 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- x
        :
UNITED STATES OF AMERICA
        :    S2 13 Cr. 31 (KBF)
  - v. -
        :    ORDER OF RESTITUTION
MARCOS MENDEZ-PEREZ,
        :
      Defendant.
        :
--------------------------------- X

      WHEREAS, on or about October 10, 2013, MARCOS MENDEZ-PEREZ (the "defendant"), was charged in a one-count superseding information S2 13 Cr. 31 (KBF) (the "Information"), with conspiring to violate the Travel Act by participating in a prostitution-sex trafficking enterprise from in or about October 2012 up to and including in or about April 2013, in violation of Title 18, United States Code, Section 371;

      WHEREAS, on or about October 10, 2013, the defendant pled guilty to Count One the Information, pursuant to a <u>Pimentel</u> letter;

      WHEREAS, at a sentencing proceeding on January 31, 2014, the defendant was sentenced and ordered to pay restitution, jointly and severally with the other defendants charged in Count Three of Indictment S1 13 Cr. 31 (KBF), in the amount of $3,000 to a victim of the conspiracy charged in Count One ("Victim-A"), whose identity and address are set forth in the attached schedule, which is to be filed under seal to protect the privacy and safety of Victim-A, the $3,000 representing the proceeds to the defendants earned through the victimization of Victim-1 for the one-week period in May 2012 when Victim-A performed commercial sex acts at the Poughkeepsie Brothel with approximately 100 men at approximately $30 per customer;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT, pursuant to 18 U.S.C. § 3663 and 3663A, MARCOS MENDEZ-PEREZ, the defendant, shall make restitution in the amount of $3,000 to the Clerk, U.S. District Court, for disbursement in the full amount to Victim-A, whose identity is set forth on the attached schedule, which shall be filed under seal.

IT IS FURTHER ORDERED that upon commencement of his supervised release, MARCOS MENDEZ-PEREZ, the defendant, shall pay restitution in monthly installments to be determined by the United States Probation Office, but in no event shall those payments be less than the greater of either $200 per month or 10 percent of MENDEZ-PEREZ's gross monthly income.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victim of the offense in this case.

SO ORDERED:

Dated: New York, New York
January 31, 2014

_____
HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK